UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

URT UMWELT UND RECYCLINGTECHNIK GMBH

Petitioner-Appellant,

v.

DUESENFELD GMBH

Patent Owner-Cross-Appellant,

_____

Inter Partes Review IPR2024-00887

Patent 11,050,097

_____

**PETITION FOR REVIEW / NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT BY DUESENFELD GMBH**

1

IPR2024-00887                                                    Patent 11,050,097

Notice is hereby given that Patent Owner Duesenfeld GMBH ("Patent Owner-Cross-Appellant", "Duesenfeld") appeals to the United States Court of Appeals for the Federal Circuit for the instant matter, *inter partes* review IPR2024-00887, *URT Umwelt und Recyclingtechnik GmbH v. Duesenfeld GMBH.* Patent Owner-Cross-Appellant appeals the Decision of the Office which culminated in the Patent Trial and Appeal Board Final Written Decision issued November 12, 2025 (Paper 45, "Final Written Decision") (attached).

This Notice of Appeal is timely filed because it is filed within 14 days of the Notice of Appeal filed by Petitioner URT Umwelt und Recyclingtechnik GmbH on January 14, 2026. Fed. R. App. P. 4(a)(3); Federal Circuit Rule 4; 37 C.F.R. § 90.3(a)(1).

Patent Owner-Cross-Appellant appeals all determinations of unpatentability and all subsidiary findings, including all prior and interlocutory rulings related thereto or subsumed therein. The issues for appeal are, but are not limited to, the Board's Final Written Decision determining that Petitioner showed by a preponderance of the evidence that claims 12, 13, and 15–19 of the '097 patent are unpatentable, and any finding, ruling, or determination supporting or related to the aforementioned issues.

Simultaneously with this submission, Patent Owner-Cross-Appellant is filing a copy of this Notice of Appeal with the Director of the United States Patent

2

IPR2024-00887                                                    Patent 11,050,097

and Trademark Office and a copy of the same, along with the required docketing

fee, with the Clerk of the United States Court of Appeals for the Federal Circuit as

set forth in the accompanying Certificate of Service.


Respectfully Submitted,

Date:  January 26, 2026        /Matthew A. Smith/  USPTO Reg. No. 49,003

                               Matthew A. Smith
                               SMITH BALUCH LLP
                               700 Pennsylvania Ave SE, 2nd Floor
                               Washington DC, 20003
                               Telephone: (202) 669-6207
                               email:  smith@smithbaluch.com

                               *Attorney for Patent Owner-Cross-Appellant*

IPR2024-00887                                                                Patent 11,050,097

## CERTIFICATE OF SERVICE

I, Matthew A. Smith, certify that the documents referenced below:

PETITION FOR REVIEW / NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT BY DUESENFELD GMBH together with attachments were caused to be served upon counsel of record, the United States Patent and Trademark Office, and the Court of Appeals for the Federal Circuit in this matter on January 26, 2026 by causing them to be delivered via electronic mail; via electronically filing the document with the USPTO's P-TACTS system; and via CM/ECF with the Clerk's Office of the United States Court of Appeals; as follows:

United States Patent & Trademark Office (via P-TACTS)

Director of the United States Patent & Trademark Office
(via email address efileSO@uspto.gov, in accordance with
37 C.F.R. § 90.2(a)(1)(i))

United States Court of Appeals for the Federal Circuit (via CM/ECF)
717 Madison Place NW
Washington, DC 20005

Counsel for Petitioner-Appellant (via e-mail)
bkk@nixonvan.com
jr@nixonvan.com
Nixon and Vanderhye, PC

4

IPR2024-00887                                                    Patent 11,050,097

/Matthew A. Smith/
*USPTO Reg. No. 49,003*
Matthew A. Smith